# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

IN RE: Larry A. Zug                    CHAPTER 13
<u>Debtor</u>

BKY. NO. 14-16232 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734