United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 14-16232-amc
Larry A. Zug                                                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 2    Date Rcvd: Sep 18, 2018
                  Form ID: 138NEW    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
```
db             +Larry A. Zug,    32 Lake Street,     Ephrata, PA 17522-2404
13434005       +Alaine V. Grbach,    675 Estelle Drive,    Lancaster, PA 17601-2129
13417484       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
14167491       +Ditech Financial LLC,    c/o Kevin G. McDonald Esquire,    KML Law Group P.C.,
                701 Market Street ste 5000,    Philadelphia Pa 19106-1541
13407062       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
13360669       +ROBERT N. POLAS JR. ESQUIRE,    120 CORPORATE BLVD,    Norfolk, VA 23502-4952
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:59     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:11
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 03:03:28
                PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13360664       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 02:52:29     Cap1/boscv,
                Po Box 5253,    Carol Stream, IL 60197-5253
13367433        E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:38:32     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13360665       +E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:38:32     Discover Fin Svcs Llc,    Pob 15316,
                Wilmington, DE 19850-5316
13360666        E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:31     Green Tree Servicing L,
                332 Minnesota St Ste 610,    Saint Paul, MN 55101
13451092        E-mail/Text: bankruptcy.bnc@ditech.com Sep 19 2018 02:38:42     Green Tree Servicing LLC,
                PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13360667       +E-mail/Text: csd1clientservices@cboflanc.com Sep 19 2018 02:40:12     Lancaster Collections,
                Credit Bureau of Lancaster County,    Po Box 1271,    Lancaster, PA 17608-1271
13360668        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:04
                Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13442680        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:06
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13450215        E-mail/Text: WFB.Bankruptcy@cabelas.com Sep 19 2018 02:40:22     WORLD'S FOREMOST BANK,
                CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13360670       +E-mail/Text: WFB.Bankruptcy@cabelas.com Sep 19 2018 02:40:22     Worlds Foremost Bank N,
                4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
                                                                                               TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
13670053*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541)
                                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR                  Page 2 of 2                  Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW               Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Larry A. Zug avgrbach@aol.com
              ANDREW   SPIVACK    on behalf of Creditor    Ditech Financial LLC et. al. paeb@fedphe.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHOIRZED SERVICER FOR
               FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY EQUITY ONE INCORPORATED
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Larry A. Zug

    Debtor(s)

Bankruptcy No: 14−16232−amc

Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/18/18

59 – 58
Form 138_new