Certificate Number: 16339-PAE-DE-031769806

Bankruptcy Case Number: 14-16232



16339-PAE-DE-031769806

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2018, at 5:34 o'clock PM EDT, Larry Zug completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 16, 2018            By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:   Certified Financial Counselor